JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAGDASARIAN PRODUCTIONS, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ST. CLAIR ENTERTAINMENT GROUP, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO.: 2:08-cv-07525-FMC-JWJx**<br><br>**JUDGMENT FOR STIPULATED PERMANENT INJUNCTION**<br><br>**F.R.Civ.P 58(a)** |

Upon the stipulation of the parties, and pursuant to a Settlement Agreement of the parties,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows, and the Court makes the following Findings of Fact and Conclusions of Law:

1. The Court has jurisdiction over the parties and the subject matter pursuant to 28 U.S.C. §§ 1338(a) and (b).

2. Defendant St. Clair Entertainment Group, Inc., ("SCEGI") a Delaware corporation with its principal place of business in Montreal, Canada, has produced and distributed a CD entitled "A Tribute To Alvin And The

Chipmunks" which has been marketed with exterior CD packaging in the form attached hereto as Exhibit "A" (the "St. Clair Album").

3. SCGEI marketed in interstate commerce the St. Clair album, it has been advertised and promoted through the Internet, and sold at retail locations such as Wal-Mart stores, J&R Electronics stores, and Amazon.com.

4. SCGEI has agreed that, as of January 15, 2009, it shall be permanently enjoined from the production, distribution, marketing, or other exploitation of the St. Clair Album, and from the production, distribution, marketing, or other exploitation of any products containing the "Alvin and the Chipmunks" common law and federally registered marks for "Alvin and the Chipmunks," including, but not limited to those federally registered marks attached hereto as Exhibit "B."

5. SCEGI, its officers, agents, servants, employees, attorneys, stockholders, and all persons in active concert or participation with them, ARE HEREBY ENJOINED, from and after January 15, 2009, from the production, distribution, marketing or other exploitation of the St. Clair Album, and from the production, distribution, marketing or other exploitation of any products which contain any of the Alvin and the Chipmunks marks, including, but not limited to those federally registered marks attached hereto as Exhibit "B."

6. This Permanent Injunction may be enforced on 10 (ten) days written notice to counsel of record, subject to the Court's availability to hear the matter, and may be heard before the Honorable Florence Marie Cooper, the Honorable Magistrate Judge Jeffrey W. Johnson, or any other judicial officer of the United States District Court with jurisdiction to enforce this Permanent Injunction.

Plaintiff and Defendant have consented to entry of the foregoing Permanent Injunction and waive any right of appeal.  This order shall constitute a final judgment in the action.  Each party shall bear its own costs of suit and attorneys' fees.  All claims and parties not governed by this stipulated permanent injunction shall be dismissed with prejudice, and each party to bear its own costs of suit and attorneys' fees.  The clerk shall enter this judgment on the civil docket pursuant to F.R.Civ.P. 79(a).

DATED: 1-14-09

_____

UNITED STATES DISTRICT COURT JUDGE

LEOPOLD, PETRICH & SMITH
A Professional Corporation

13479.doc

3